1  Joseph W. Cotchett (36324)
   Steven N. Williams (175489)
2  Nancy L. Fineman (124970)
   Douglas Y. Park (233398)
3  Matthew K. Edling (250940)
   **COTCHETT, PITRE & McCARTHY**
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577
6  E-mails: jcotchett@cpmlegal.com
              swilliams@cpmelgal.com
7             nfineman@cpmlegal.com
              dpark@cpmlegal.com
8             medling@cpmlegal.com

*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **NUTS FOR CANDY, A Sole Proprietorship,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**GANZ, INC., a Canadian Company, and GANZ U.S.A. LLC,**<br><br>Defendants. | Case No. 3:08-cv-02873-JCS<br><br>**PROOF OF SERVICE OF SUMMONS ON GANZ, INC., a Canadian Company** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Vs.<br><br>GANZ, INC., a Canadian Company, and GANZ U.S.A. LLC,<br><br>Defendants. | Case No. CV 08 2873 |

## AFFIDAVIT OF SERVICE

I, Anthony Choi, process server of the City of Vaughan, in the Regional Municipality of York,

MAKE OATH AND SAY:

1. On June 13, 2008 at 3:30 p.m., I served Ganz, Inc., with the Class Action Complaint, Summons, Civil Case Cover Sheet, Notice of Assignment, Order Setting Initial Case Management Conference and ADR deadlines, ECF Registration Information Handout and Civil Standing Orders for Magistrate Judge Joseph C. Spero by leaving a copy with Annette Hansen, general counsel, an adult female who appeared to be in control of Ganz, Inc., at time of service at One Pearce Road, Woodbridge, Ontario.

2. I was able to identify the person by means of Verbal Admission.

Sworn before me at the city

of Toronto

in the Province of Ontario

on June 16, 2008

_____          _____
Commissioner for Taking Affidavits                                 **ANTHONY CHOI**

Sergio Macri, a Commissioner, etc.
Province of Ontario, for 756671 Ontario Inc.
o/a KAP Litigation Services, and for
Process Serving only.
Expires February 28, 2011.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Vs.<br><br>GANZ, INC., a Canadian Company, and<br>GANZ U.S.A. LLC,<br><br>Defendants. | Case No. CV 08 2873 |

## AFFIDAVIT OF SERVICE

I, Anthony Choi, process server of the City of Vaughan, in the Regional Municipality of York,

MAKE OATH AND SAY:

1. On June 13, 2008 at 3:30 p.m., I served Ganz, Inc., with the Class Action Complaint, Summons, Civil Case Cover Sheet, Notice of Assignment, Order Setting Initial Case Management Conference and ADR deadlines, ECF Registration Information Handout and Civil Standing Orders for Magistrate Judge Joseph C. Spero by leaving a copy with Annette Hansen, general counsel, an adult female who appeared to be in control of Ganz, Inc., at time of service at One Pearce Road, Woodbridge, Ontario.

2. I was able to identify the person by means of Verbal Admission.

Sworn before me at the city

of Toronto

in the Province of Ontario

on June 16, 2008

_____          _____
Commissioner for Taking Affidavits                                                    ANTHONY CHOI

Sergio Macri, a Commissioner, etc.
Province of Ontario, for 756671 Ontario Inc
o/a KAP Litigation Services, and for
Process Serving only.
Expires February 28, 2011.