Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nancy L. Fineman (124970)
Douglas Y. Park (233398)
Matthew K. Edling (250940)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
E-mails: jcotchett@cpmlegal.com
 swilliams@cpmelgal.com
 nfineman@cpmlegal.com
 dpark@cpmlegal.com
 medling@cpmlegal.com

*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>GANZ, INC., a Canadian Company, and GANZ U.S.A. LLC,<br><br>         Defendants. | Case No. 3:08-cv-02873-JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUTS FOR CANDY,

    Plaintiff(s),

v.

GANZ INC., ET AL.,

    Defendant(s).

_____/

No. C 08-02873 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: June 18

_____
Signature

Counsel for Nuts For Candy
(Name or party or indicate "pro se")

2