| | |
|---|---|
| 1 | C. DENNIS LOOMIS (SBN 82359) |
| 2 | BAKER & HOSTETLER LLP |
|   | 12100 Wilshire Boulevard, 15th Floor |
| 3 | Los Angeles, California 90025-7120 |
|   | Telephone: (310) 820-8800 |
| 4 | Facsimile: (310) 820-8859 |
|   | Email: cdloomis@bakerlaw.com |
| 5 | |
|   | Attorneys for Specially Appearing Defendants |
| 6 | GANZ, INC. and GANZ U.S.A., LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated, | No. CV 08 2873 JCS |
| Plaintiff, | **SPECIALLY APPEARING DEFENDANTS GANZ, INC.'S AND GANZ U.S.A., LLC'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| GANZ, INC., a Canadian Company, and GANZ U.S.A., LLC, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Specially appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC, in the above-captioned civil matter, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: June 30, 2008

/s/ C. Dennis Loomis
Signature
C. Dennis Loomis

Counsel for: Specially Appearing Defendants GANZ, INC. and GANZ U.S.A., LLC

CV 08-2873 JCS
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.FormsWorkflow.com