C. DENNIS LOOMIS, Bar No. 82359
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:         cdloomis@bakerlaw.com

Attorneys for Specially Appearing Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC., a Canadian Company, and GANZ U.S.A., LLC,,<br><br>Defendants. | Case No. CV 08 2873 JCS<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on June 30, 2008, a true and accurate copy of **Specially Appearing Defendants Ganz, Inc.'s and Ganz U.S.A., LLC's Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge [Document 8]** was electronically filed with the Court and served by operation of the Court's electronic filing system, upon the following: Joseph W. Cotchett, jcotchett@cpmlegal.com; Matthew Kendall Edling, medling@cpmlegal.com, lclark@cpmlegal.com; Nancy L. Fineman, nfineman@cpmlegal.com, jlein@cpmlegal.com; Steven Noel Williams, swilliams@cpmlegal.com, aliang@cpmlegal.com, bdoe@cpmlegal.com, cwalker@cpmlegal.com, jverducci@cpmlegal.com, mcompesi@cpmlegal.com, nswartzberg@cpmlegal.com; rjit@cpmlegal.com; sgross@cpmlegal.com.

A copy was also served on June 30, 2008, by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below:

Douglas Yongwoon Park
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010

Dated: July 1, 2008         BAKER & HOSTETLER LLP

/s/ C. Dennis Loomis
C. Dennis Loomis
Attorneys for Specially Appearing Defendants
GANZ, INC. and GANZ U.S.A., LLC

501936016.1