JOSEPH W. COTCHETT, Bar No. 36324
STEVEN N. WILLIAMS, Bar No. 175489
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:   (650) 697-6000
Facsimile:   (650) 697-0577
Email:   jcotchett@cpmlegal.com
         swilliams@cpmlegal.com

Attorneys for Plaintiff

C. DENNIS LOOMIS, Bar No. 82359
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   cdloomis@bakerlaw.com

Attorneys for Specially Appearing Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>Defendants. | Case No.  CV 08 2873 JCS<br><br>**STIPULATION EXTENDING THE TIME FOR SPECIALLY APPEARING DEFENDANTS GANZ, INC. AND GANZ U.S.A., LLC TO RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Nuts for Candy and Specially Appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC, by and through their counsel of record, and pursuant to Local Rule 6.1(a) of the United States District Court for the Northern District of California, that Defendants' time to respond to Plaintiff's Complaint is extended to, and including, August 4, 2008.

1   The parties do not believe that the extension of time for Defendants to respond to the
2   Complaint will alter the date of any event or deadline already fixed by Court order.
3
4   Dated: July 1, 2008                    By: /s/ C. Dennis Loomis
5                                          C. Dennis Loomis
                                           (cdloomis@bakerlaw.com) (CA #82359)
6                                          Baker & Hostetler LLP
                                           12100 Wilshire Boulevard, 15th Floor
7                                          Los Angeles, CA 90025-7120
                                           Telephone: (310) 820-8800
8
9                                          *Attorney for Specially Appearing Defendants
                                           GANZ, INC. and GANZ U.S.A., LLC*
10
11  Dated: July 1, 2008                    By: /s/ (with permission)
                                           Steven N. Williams
12                                         (swilliams@cpmlegal.com) (CA #175489)
                                           COTCHETT, PITRE & McCARTHY
13                                         840 Malcolm Road, Suite 200
                                           Burlingame, CA 94010
14                                         Telephone: (650) 697-6000
15
                                           *Attorneys for Plaintiff*
16
17  501935688.1
18
19
20
21
22
23
24
25
26
27
28

CV 08 2873 JCS                       - 2 -                    STIPULATION EXTENDING THE TIME FOR
                                                              SPECIALLY APPEARING DEFENDANTS TO
                                                              RESPOND TO THE COMPLAINT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2008, a true and accurate copy of **Stipulation Extending the Time for Specially Appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC to Respond to the Complaint** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following: Joseph W. Cotchett, jcotchett@cpmlegal.com; Matthew Kendall Edling, medling@cpmlegal.com, lclark@cpmlegal.com; Nancy L. Fineman, nfineman@cpmlegal.com, jlein@cpmlegal.com; Steven Noel Williams, swilliams@cpmlegal.com, aliang@cpmlegal.com, bdoe@cpmlegal.com, cwalker@cpmlegal.com, jverducci@cpmlegal.com, mcompesi@cpmlegal.com, nswartzberg@cpmlegal.com; rjit@cpmlegal.com; sgross@cpmlegal.com.

A copy was also served on July 1, 2008, by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below:

Douglas Yongwoon Park
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA  94010

Dated: July 1, 2008        BAKER & HOSTETLER LLP

/s/ C. Dennis Loomis
C. Dennis Loomis
Attorneys for Specially Appearing Defendants
GANZ, INC. and GANZ U.S.A., LLC