1  LISA I. CARTEEN, Bar No. 204764
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
3  Telephone:    310.820.8800
   Facsimile:    310.820.8859
4  Email:        lcarteen@bakerlaw.com

5  Attorneys for Specially Appearing Defendants
   GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>Defendants. | Case No.  CV 08 2873 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>**[General Order No. 45 IV.C.]** |

The firm of Baker & Hostetler LLP, attorneys of record for Specially Appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC, hereby substitutes Lisa I. Carteen (lcarteen@bakerlaw.com) as the Firm's counsel of record in this matter, in place of C. Dennis Loomis (cdloomis@bakerlaw.com) of Baker & Hostetler LLP.

Dated:   July 9, 2008

BAKER & HOSTETLER LLP
LISA I. CARTEEN

/s/  Lisa I. Carteen
-----------------------------------------
Lisa I. Carteen
Attorneys for Specially Appearing Defendants
GANZ, INC. and GANZ U.S.A., LLC

501946886.1