Joseph W. Cotchett (36324;
jcotchett@cpmlegal.com)
Steven N. Williams (175489;
swilliams@cpmlegal.com)
Nancy L. Fineman (124970;
nfineman@cpmlegal.com)
Douglas Y. Park (233398;
dpark@cpmlegal.com)
Matthew K. Edling (250940;
medling@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GANZ, INC., a Canadian Company, and GANZ U.S.A. LLC,<br><br>　　　　　Defendants. | Case No. 3:08-CV-2873<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**<br><br>**[FED. R. CIV. P. 23(g)]**<br><br>Date:　　August 22, 2008<br>Time:　　9:00 a.m.<br>Judge:　　Hon. Jeffrey S. White<br>Courtroom:　Courtroom 2, 17th Floor |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. 3:08-CV-2873

Now pending before the Court is an application by Nuts for Candy, pursuant to Federal Rule of Civil Procedure 23(g), for appointment of interim class counsel for a proposed class defined as:

> All persons and entities in the United States who were required as a condition of their purchase of Webkinz to purchase products from Ganz's "core line" of products.

After carefully considering this application, and the requirements of Rule 23(g)(1)(C), the Court concludes that one law firm can effectively represent the interests of the class, and that the law firm of Cotchett, Pitre & McCarthy is "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2)(B).

As demonstrated by the application, Cotchett, Pitre & McCarthy meets all of the standards set forth in Rule 23(g)(1)(B). The firm has performed substantial work in identifying and investigating potential claims in the action, it is experienced in the handling of complex antitrust class actions, has extensive knowledge in the applicable law, and has appropriate resources to properly represent the class.

The motion is granted, and the law firm of Cotchett, Pitre & McCarthy is herby appointed interim lead class counsel for the plaintiff class pursuant to Rule 23(g), subject to further order from the Court.

**IT IS SO ORDERED.**

Dated: August _____, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL
Case No. 3:08-CV-2873                                                    1