Joseph W. Cotchett (36324;
jcotchett@cpmlegal.com)
Steven N. Williams (175489;
swilliams@cpmelgal.com)
Nancy L. Fineman (124970);
nfineman@cpmlegal.com
Douglas Y. Park (233398;
dpark@cpmlegal.com)
Matthew K. Edling (250940;
medling@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NUTS FOR CANDY, A Sole Proprietorship,** individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>**GANZ, INC., a Canadian Company, and GANZ U.S.A. LLC**,<br><br>   Defendants. | Case No. 3:08-CV-2873<br><br>**PLAINTIFF NUTS FOR CANDY'S AMENDED NOTICE OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>**[FED. R. CIV. P. 23(g)]**<br><br>Old Date:  August 22, 2008<br>**New Date:  October 10, 2008**<br>Time:  9:00 a.m.<br>Judge:  Hon. Jeffrey S. White<br>Courtroom:  Courtroom 2, 17th Floor |

LAW OFFICES
COTCHETT,
PITRE
& MCCARTHY

**PLAINTIFF'S AMENDED NOTICE OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL, Case No. 3:08-CV-2873**

## AMENDED NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff Nuts For Candy's Motion for Appointment of Interim Lead Counsel previously filed on July 18, 2008, and noticed for August 22, 2008, is now set for hearing on **October 10, 2008, at 9:00 a.m.,** or as soon as the matter may be heard before the Honorable Jeffrey S. White of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Avenue, 17th Floor, Courtroom 2, San Francisco, CA 94102.

DATED: July 21, 2008                                    **COTCHETT, PITRE & McCARTHY**


By: _____*/s/ Steven N. Williams*_____
STEVEN N. WILLIAMS
*Attorneys for Plaintiff and the Proposed Class*