ORIGINAL

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GANZ, INC. and GANZ U.S.A., LLC,

Defendant(s)

CASE NO. CV 08-2873 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Bruce O. Baumgartner, an active member in good standing of the bar of the United States District Court, Northern District of Ohio, whose business address and telephone number is, Baker & Hostetler LLP, 312 Walnut Street, Suite 3200, Cincinnati, OH 45202-4072, Telephone (513) 929-3400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Specially Appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 24 2008

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

American LegalNet, Inc.
www.FormsWorkflow.com