ORIGINAL ✓

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

E-Filing

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GANZ, INC. and GANZ U.S.A., LLC,

Defendant(s).

CASE NO. CV 08-2873 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Lee H. Simowitz, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is, Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, DC 20036-5304, Telephone (202) 861-1608, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Specially Appearing Defendants Ganz, Inc. and Ganz U.S.A., LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 24 2008

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

American LegalNet, Inc.
www.FormsWorkflow.com