ORIGINAL ✓

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA



E-Filing

RECEIVED

JUL 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NUTS FOR CANDY, a Sole Proprietorship,
individually and on behalf of all others
similarly situated,

          Plaintiff(s),

    v.

GANZ, INC. and GANZ U.S.A., LLC,

          Defendant(s)

**CASE NO.** CV 08-2873 JSW

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Robin E. Harvey, an active member in good standing of the bar of the United States

District Court, Northern District of Ohio, whose business address and telephone number is,

Baker & Hostetler LLP, 312 Walnut Street, Suite 3200, Cincinnati, OH 45202-4072, Telephone

(513) 929-3400, having applied in the above-entitled action for admission to practice in the

Northern District of California on a *pro hac vice* basis, representing Specially Appearing

Defendants Ganz, Inc. and Ganz U.S.A., LLC,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                 Honorable Jeffrey S. White
                                 United States District Judge

*United States District Court*
*For the Northern District of California*

American LegalNet, Inc.
www.FormsWorkflow.com