1  JOSEPH W. COTCHETT, Bar No. 36324
   STEVEN N. WILLIAMS, Bar No. 175489
2  COTCHETT, PITRE & MCCARTHY
   840 Malcolm Road, Suite 200
3  Burlingame, California 94010
   Telephone:   (650) 697-6000
4  Facsimile:   (650) 697-0577
   Email:       jcotchett@cpmlegal.com
5               swilliams@cpmlegal.com
   Attorneys for Plaintiff
6
   LISA I. CARTEEN, Bar No. 204764
7  BAKER & HOSTETLER LLP
   12100 Wilshire Boulevard, 15th Floor
8  Los Angeles, California 90025-7120
   Telephone:   310.820.8800
9  Facsimile:   310.820.8859
   Email:       lcarteen@bakerlaw.com
10
   BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
11 ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
   BAKER & HOSTETLER LLP
12 312 Walnut Street, Suite 3200
   Cincinnati, Ohio 45202-4072
13 Telephone:   513.929.3400
   Facsimile:   513.929.0303
14 Email:       bbaumgartner@bakerlaw.com
                rharvey@bakerlaw.com
15
   LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
16 BAKER & HOSTETLER LLP
   1050 Connecticut Avenue, NW, Suite 1100
17 Washington, DC 20036-5304
   Telephone:   202.861.1500
18 Facsimile:   202.861.1783
   Email:       lsimowitz@bakerlaw.com
19 Attorneys for Defendants
   GANZ, INC. and GANZ U.S.A., LLC
20

21                 UNITED STATES DISTRICT COURT

22                 NORTHERN DISTRICT OF CALIFORNIA

23 | NUTS FOR CANDY, A Sole Proprietorship, | Case No. CV 08 2873 JSW
   | individually and on behalf of all others |
24 | similarly situated,                     | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**
25 |            Plaintiff,                   |
   | v.                                      |
26 |                                         |
   | GANZ, INC. and GANZ U.S.A., LLC,        |
27 |                                         |
   |            Defendants.                  |
28

|   |   |
|---|---|
| Date: | October 10, 2008 |
| Time: | 9:00 a.m. |
| Judge: | Hon. Jeffrey S. White |
| Ctrm: | Courtroom 2, 17th Floor |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Nuts for Candy and Defendants Ganz, Inc. and Ganz U.S.A., LLC, by and through their counsel of record, and pursuant to Local Rule 6.1(b) of the United States District Court for the Northern District of California, that Defendants' time to respond to Plaintiff's Motion for Appointment of Interim Lead Counsel ("Motion") is extended from August 5, 2008 to, and including, August 8, 2008.

The parties' request that the Court modify its Order Setting Briefing Schedule, dated July 22, 2008, will not affect a hearing or proceeding on the Court's calendar since the hearing on Plaintiff's Motion is set for October 10, 2008.

The parties make this request based on the fact that Defendants filed their Motion to Dismiss Plaintiff's Complaint on August 4, 2008 and the parties agree that Defendants should have additional time to consider Plaintiff's Motion.

The parties further agree that Defendants' response to Plaintiff's Motion shall be filed no later than August 8, 2008 and Plaintiff's reply brief shall be filed no later than August 15, 2008.

Dated: August 5, 2008

By: /s/ (with permission)
Steven N. Williams
(swilliams@cpmlegal.com) (CA #175489)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
*Attorneys for Plaintiff*

Dated: August 5, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #82359)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorneys for Defendants GANZ, INC. and GANZ U.S.A., LLC*

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Defendants shall have until, and including, August 8, 2008 to file a response to Plaintiff's Motion for Appointment of Interim Lead Counsel; and (2) Plaintiff shall have until, and including, August 15, 2008 to file a reply brief to Defendants' response.

Dated: _____     _____

Jeffrey S. White
United States District Judge

501999803.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES