IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY,<br><br>    Plaintiff,<br><br>  v.<br><br>GANZ, INC and GANZ U.S.A. LLC,<br><br>    Defendants.<br>_____/ | No. C 08-02873 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on November 7, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 19, 2008 and a reply brief shall be filed by no later than August 26, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 5, 2008

                                                  JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE