JOSEPH W. COTCHETT, Bar No. 36324
STEVEN N. WILLIAMS, Bar No. 175489
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
swilliams@cpmlegal.com
Attorneys for Plaintiff

LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: lcarteen@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone: 513.929.3400
Facsimile: 513.929.0303
Email: bbaumgartner@bakerlaw.com
rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

CV 08 2873 JSW

STIP AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL