JOSEPH W. COTCHETT, Bar No. 36324
STEVEN N. WILLIAMS, Bar No. 175489
COTCHETT, PITRE & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
Email:  jcotchett@cpmlegal.com
        swilliams@cpmlegal.com
Attorneys for Plaintiff

LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  lcarteen@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone:  513.929.3400
Facsimile:  513.929.0303
Email:  bbaumgartner@bakerlaw.com
        rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone:  202.861.1500
Facsimile:  202.861.1783
Email:  lsimowitz@bakerlaw.com
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>           Defendants. | Case No.  CV 08 2873 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL** |

|   |   |
|---|---|
| Date: | October 10, 2008 |
| Time: | 9:00 a.m. |
| Judge: | Hon. Jeffrey S. White |
| Ctrm: | Courtroom 2, 17th Floor |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Nuts for Candy and Defendants Ganz, Inc. and Ganz U.S.A., LLC, by and through their counsel of record, and pursuant to Local Rule 6.1(b) of the United States District Court for the Northern District of California, that Defendants' time to respond to Plaintiff's Motion for Appointment of Interim Lead Counsel ("Motion") is extended from August 5, 2008 to, and including, August 8, 2008.

The parties' request that the Court modify its Order Setting Briefing Schedule, dated July 22, 2008, will not affect a hearing or proceeding on the Court's calendar since the hearing on Plaintiff's Motion is set for October 10, 2008.

The parties make this request based on the fact that Defendants filed their Motion to Dismiss Plaintiff's Complaint on August 4, 2008 and the parties agree that Defendants should have additional time to consider Plaintiff's Motion.

The parties further agree that Defendants' response to Plaintiff's Motion shall be filed no later than August 8, 2008 and Plaintiff's reply brief shall be filed no later than August 15, 2008.

Dated: August 5, 2008

By: /s/ (with permission)
Steven N. Williams
(swilliams@cpmlegal.com) (CA #175489)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
*Attorneys for Plaintiff*

Dated: August 5, 2008

By: /s/ Lisa I. Carteen
Lisa I. Carteen
(lcarteen@bakerlaw.com) (CA #82359)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorneys for Defendants GANZ, INC. and GANZ U.S.A., LLC*

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Defendants shall have until, and including, August 8, 2008 to file a response to Plaintiff's Motion for Appointment of Interim Lead Counsel; and (2) Plaintiff shall have until, and including, August 15, 2008 to file a reply brief to Defendants' response.

Dated: August 6, 2008

_____
Jeffrey S. White
United States District Judge

501999803.1