LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        lcarteen@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone:    513.929.3400
Facsimile:    513.929.0303
Email:        bbaumgartner@bakerlaw.com
              rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone:    202.861.1500
Facsimile:    202.861.1783
Email:        lsimowitz@bakerlaw.com

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, A Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC., and GANZ U.S.A., LLC,<br><br>Defendants. | Case No.  CV 08 2873 JSW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, Defendants Ganz, Inc., a Delaware Corporation, and its related company Ganz U.S.A., LLC, there is no such interest to report.

Dated:   August 12, 2008                         BAKER & HOSTETLER LLP
                                                 LISA I. CARTEEN


                                                 /s/ Lisa I. Carteen
                                                 Lisa I. Carteen

                                                 Attorneys for Defendants
                                                 GANZ, INC. and GANZ U.S.A., LLC

502008418.3

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**