```
1   Joseph W. Cotchett (36324)
    jcotchett@cpmlegal.com
2   Steven N. Williams (175489)
    swilliams@cpmelgal.com
3   Matthew K. Edling (250940)
    medling@cpmlegal.com
4   COTCHETT, PITRE & McCARTHY
    840 Malcolm Road, Suite 200
5   Burlingame, CA 94010
    Telephone:  (650) 697-6000
6   Facsimile:  (650) 697-0577

7   Attorneys for Plaintiff

8   Lisa I Carteen, (204764)
    lcarteen@bakerlaw.com
9   BAKER & HOSTETLER LLP
    12100 Wilshire Blvd., 15th Floor
10  Los Angeles, CA 90025-7120
    Telephone:    (310) 820-8800
11  Facsimile:    (310) 820-8859

12  Bruce O. Baumgartner (0025701) (Pro Hac Vice)      Lee. H. Simowitz, (185728) (Pro Hac Vice)
    bbaumgartner@bakerlaw.com                          lsimowitz@bakerlaw.com
13  Robin E. Harvey (0014183) (Pro Hac Vice)           BAKER & HOSTETLER LLP
    rharvey@bakerlaw.com                               1050 Connecticut Avenue, NW, Suite 1100
14  BAKER & HOSTETLER LLP                              Washington, DC 20036-5304
    312 Walnut Street, Suite 3200                      Telephone:    (202) 861-1500
15  Cincinnati, OH 45202-4072                          Facsimile:    (202) 861-1783
    Telephone:    (513) 929-3400
16  Facsimile:    (513) 929-0303

17  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY,<br><br>    Plaintiff,<br><br>v.<br><br>GANZ, INC. et al.,<br><br>    Defendants. | Case No. CV 08-2873 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     November 7, 2008<br>Time:     9:00 a.m.<br>Judge:    Hon. Jeffrey S. White<br>Courtroom: Courtroom 2, 17th Floor |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Nuts for Candy and Defendants Ganz, Inc. And Ganz U.S.A., LLC, by and through their counsel of record, and pursuant to Local Rule 6.1(b) of the United States District Court for the Northern District of California, that Plaintiff's time to respond to Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion") is extended from August 19, 2008 to and including, August 26, 2008 and Defendants' reply brief extended from August 26, 2008 to and including, September 4, 2008.

The parties request that the Court modify its Order Setting Briefing Schedule, dated August 5, 2008. The requested modification will not affect a hearing or proceeding on the Court's calendar since the hearing on Defendants' Motion is set for November 7, 2008.

The parties make this request based on the fact that Defendants filed their Motion to Dismiss Plaintiff's Complaint on August 4, 2008 and the parties agree that Plaintiff should have additional time to consider Defendants' Motion.

The parties further agree that Plaintiff's response to Defendants' Motion shall be filed no later than August 26, 2008 and Defendants' reply brief shall be filed no later than September 4, 2008.

Dated: August 14, 2008

By: ___/s/ Matthew K. Edling___
MATTHEW K. EDLING
(medling@cpmlegal.com) (CA # 250940)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
*Attorneys for Plaintiff*

Dated: August 14, 2008

By: ___/s/ (with permission)___
LISA I. CARTEEN
(lcarteen@bakerlaw.com) (CA # 204764)
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
Attorneys for Defendants GANZ, INC. and GANZ U.S.A., LLC

/ / /


LAW OFFICES
COTCHETT,
PITRE
& McCARTHY

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

1

**ORDER**

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Plaintiff shall have until and including, August 26, 2008 to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint and (2) Defendants shall have until, and including, September 4, 2008 to file a reply brief to Plaintiff's response.

Dated: _____

                                            _____
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE