1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Steven N. Williams (175489)
   swilliams@cpmelgal.com
3  Matthew K. Edling (250940)
   medling@cpmlegal.com
4  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone:   (650) 697-6000
6  Facsimile:   (650) 697-0577

7  *Attorneys for Plaintiff*

8  Lisa I Carteen, (204764)
   lcarteen@bakerlaw.com
9  BAKER & HOSTETLER LLP
   12100 Wilshire Blvd., 15th Floor
10 Los Angeles, CA 90025-7120
   Telephone:    (310) 820-8800
11 Facsimile:    (310) 820-8859

12 Bruce O. Baumgartner (0025701) (*Pro Hac Vice*)          Lee. H. Simowitz, (185728) (*Pro Hac Vice*)
   bbaumgartner@bakerlaw.com                                lsimowitz@bakerlaw.com
13 Robin E. Harvey (0014183) (*Pro Hac Vice*)               BAKER & HOSTETLER LLP
   rharvey@bakerlaw.com                                     1050 Connecticut Avenue, NW, Suite 1100
14 BAKER & HOSTETLER LLP                                    Washington, DC 20036-5304
   312 Walnut Street, Suite 3200                            Telephone:    (202) 861-1500
15 Cincinnati, OH 45202-4072                                Facsimile:    (202) 861-1783
   Telephone:    (513) 929-3400
16 Facsimile:    (513) 929-0303

17 *Attorneys for Defendants*

18                              UNITED STATES DISTRICT COURT

19                              NORTHERN DISTRICT OF CALIFORNIA

20 NUTS FOR CANDY,                    )   Case No. CV 08-2873 JSW
                                      )
21            Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                      )   TO MODIFY BRIEFING SCHEDULE ON
22      v.                            )   DEFENDANTS' MOTION TO DISMISS
                                      )   PLAINTIFF'S COMPLAINT
23 GANZ, INC. et al.,                 )
                                      )   Date:         November 7, 2008
24            Defendants.             )   Time:         9:00 a.m.
                                      )   Judge:        Hon. Jeffrey S. White
25                                    )   Courtroom:    Courtroom 2, 17th Floor
   _____)
26

27

28

LAW OFFICES
COTCHETT,
PITRE
& McCARTHY

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Nuts for Candy and Defendants Ganz, Inc. And Ganz U.S.A., LLC, by and through their counsel of record, and pursuant to Local Rule 6.1(b) of the United States District Court for the Northern District of California, that Plaintiff's time to respond to Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion") is extended from August 19, 2008 to and including, August 26, 2008 and Defendants' reply brief extended from August 26, 2008 to and including, September 4, 2008.

The parties request that the Court modify its Order Setting Briefing Schedule, dated August 5, 2008. The requested modification will not affect a hearing or proceeding on the Court's calendar since the hearing on Defendants' Motion is set for November 7, 2008.

The parties make this request based on the fact that Defendants filed their Motion to Dismiss Plaintiff's Complaint on August 4, 2008 and the parties agree that Plaintiff should have additional time to consider Defendants' Motion.

The parties further agree that Plaintiff's response to Defendants' Motion shall be filed no later than August 26, 2008 and Defendants' reply brief shall be filed no later than September 4, 2008.

Dated: August 14, 2008

By: /s/ Matthew K. Edling
MATTHEW K. EDLING
(medling@cpmlegal.com) (CA # 250940)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
*Attorneys for Plaintiff*

Dated: August 14, 2008

By: /s/ (with permission)
LISA I. CARTEEN
(lcarteen@bakerlaw.com) (CA # 204764)
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
Attorneys for Defendants GANZ, INC. and GANZ U.S.A., LLC

///

LAW OFFICES
COTCHETT,
PITRE
& McCARTHY

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1

## ORDER

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Plaintiff shall have until and including, August 26, 2008 to file a response to Defendants' Motion to Dismiss Plaintiff's Complaint and (2) Defendants shall have until, and including, September 4, 2008 to file a reply brief to Plaintiff's response.

Dated: August 15, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE
& MCCARTHY

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT                                             2