1
2
3
4
            UNITED STATES DISTRICT COURT
5
            NORTHERN DISTRICT OF CALIFORNIA
6
7    NUTS FOR CANDY
8            Plaintiff(s),                    No. C 08-02873 JSW
9        v.                                   **CLERK'S NOTICE**
10   GANZ INC
11           Defendant(s).
     _____/
12
              (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on
13
     the attached proof of service.)
14
              YOU ARE HEREBY NOTIFIED that on November 14 , 2008,  at 9:00 a.m., in Courtroom 2
15
     on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the
16
     HONORABLE JEFFREY S. WHITE will conduct the 1) Motion to Appoint Interim Lead Plaintiff
17
     **previously noticed for** October 10, 2008,  and 2) Defendant's Motion to Dismiss **previously**
18
     **noticed for** November 7, 2008 , in this matter.
19
     Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San
20
     Francisco, CA 94102.
21
                                          Richard W. Wieking
22                                        Clerk, United States District Court
23
                                          By:__________
24                                        Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
25                                        (415) 522-4173
26   Dated:  August 19, 2008
27
28   NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for
     additional information