1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Steven N. Williams (175489)
   swilliams@cpmelgal.com
3  Matthew K. Edling (250940)
   medling@cpmlegal.com
4  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone:   (650) 697-6000
6  Facsimile:    (650) 697-0577

7  *Attorneys for Plaintiff*

8  Lisa I Carteen, (204764)
   lcarteen@bakerlaw.com
9  BAKER & HOSTETLER LLP
   12100 Wilshire Blvd., 15th Floor
10 Los Angeles, CA 90025-7120
   Telephone:    (310) 820-8800
11 Facsimile:     (310) 820-8859

12 Bruce O. Baumgartner (0025701) (*Pro Hac Vice*)      Lee. H. Simowitz, (185728) (*Pro Hac Vice*)
   bbaumgartner@bakerlaw.com                            lsimowitz@bakerlaw.com
13 Robin E. Harvey (0014183) (*Pro Hac Vice*)           BAKER & HOSTETLER LLP
   rharvey@bakerlaw.com                                 1050 Connecticut Avenue, NW, Suite 1100
14 BAKER & HOSTETLER LLP                                Washington, DC 20036-5304
   312 Walnut Street, Suite 3200                        Telephone:    (202) 861-1500
15 Cincinnati, OH 45202-4072                            Facsimile:     (202) 861-1783
   Telephone:    (513) 929-3400
16 Facsimile:     (513) 929-0303

17 *Attorneys for Defendants*

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  NUTS FOR CANDY, | Case No. CV 08-2873 JSW |
| 21         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| 22      v. | |
| 23  GANZ, INC. et al., | Date:    November 14, 2008 |
|                        | Time:    9:00 a.m. |
| 24         Defendants. | Judge:   Hon. Jeffrey S. White |
|                        | Courtroom:  Courtroom 2, 17th Floor |

1    WHEREAS, on June 9, 2008 plaintiff Nuts for Candy filed a complaint in this action
2  [Doc. no. 1];
3    WHEREAS, on August 4, 2008, defendants Ganz, Inc. and Ganz U.S.A. LLC filed a
4  motion to dismiss the complaint [Doc. no. 26];
5    WHEREAS, on August 5, 2008, the Court entered an Order Setting Briefing Schedule on
6  Motion to Dismiss [Doc. no. 28];
7    WHEREAS, on August 14, 2008, the parties submitted a Stipulation and [Proposed]
8  Order to Modify Briefing Schedule on Defendants' Motion to Dismiss Plaintiffs' Complaint
9  [Doc. no. 34];
10    WHEREAS, on August 19, 2008, a Clerk's Notice was entered continuing the hearing
11  date on Defendants' motion to dismiss to November 14, 2008, at 9:00 a.m. [Doc. no. 38];
12    WHEREAS, Plaintiff has advised defendants that it chooses to avail itself of its right to
13  amend its complaint without leave of Court, Fed. R. Civ. Proc. 15(a), *see also Miles v. Dep't of*
14  *Army*, 881 F.2d 777, 781 (9th Cir. 1989) (motion to dismiss is not responsive pleading and does
15  not preclude amendment as of right prior to service and filing of responsive pleading);
16    WHEREAS, Plaintiff has further advised defendants that it intends to file an amended
17  complaint on or before September 10, 2008;
18    WHEREAS, the parties are desirous of maintaining the Case Management Conference set
19  by the Court for September 12, 2008, at 1:30 p.m. [Doc. no. 13];
20    WHEREAS, the parties are desirous of maintaining the hearing schedule previously set
21  by the Court for November 14, 2008, at 9:00 a.m. [Doc. no. 38];
22    IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED
23    Plaintiff shall file an amended complaint on or before **September 10, 2008**;
24    Defendants shall answer, move, or otherwise respond to the amended complaint on or
25  before **October 10, 2008.**
26    In the event a motion is filed in response to the complaint, oppositions and replies shall
27  be filed and served in accordance with Local Civil Rule 7-3 or as ordered by the Court.
28

LAW OFFICES
COTCHETT,
PITRE
& MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S COMPLAINT CV 08-2873 JSW**    1

| | |
|---|---|
| Dated: August 26, 2008 | By:    */s/ Matthew K. Edling*<br>MATTHEW K. EDLING<br>(medling@cpmlegal.com) (CA # 250940)<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>*Attorneys for Plaintiff* |
| Dated: August 26, 2008 | By:    /s/ (with permission)<br>LISA I. CARTEEN<br>(lcarteen@bakerlaw.com) (CA # 204764)<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd., 15th Floor<br>Los Angeles, CA 90025-7120<br>Telephone: (310) 820-8800<br>Attorneys for Defendants GANZ, INC. and<br>GANZ U.S.A., LLC |

### ORDER

Based on the foregoing Stipulation of the parties and the facts set forth therein, the Court finds good cause to enter the parties' requested Order.

Accordingly, (1) Plaintiff shall file an amended complaint on or before September 10, 2008; (2) Defendants shall answer, move, or otherwise respond to the amended complaint on or before October 10, 2008; (3) opposition and reply to any motion filed in response to the amended complaint shall be filed and served in accordance with Civil Local Rule 7-3 or as ordered by the Court; (4) the hearing on any motion filed in response to the amended complaint shall be on November 14, 2008, at 9:00 a.m. in Courtroom 2 on the 17th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE JEFFREY S. WHITE.

Dated: _____            _____
                                                                                          JEFFREY S. WHITE
                                                                                         UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE
& MCCARTHY

**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S COMPLAINT CV 08-2873 JSW**      2