# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

NUTS FOR CANDY, etc.,

              Plaintiff(s),

Case No. CV 08-2873 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      v.

GANZ, INC. and GANZ U.S.A., LLC,

              Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/29/08

[Party]
Owen Rogers, GANZ, INC.
and GANZ U.S.A., LLC

Dated: 8/29/08

[Counsel] BAKER & HOSTETLER LLP
LISA I. CARTEEN
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC