1  Joseph W. Cotchett (36324)
   jcotchett@cpmlegal.com
2  Steven N. Williams (175489)
   swilliams@cpmelgal.com
3  Matthew K. Edling (250940)
   medling@cpmlegal.com
4  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone:  (650) 697-6000
6  Facsimile:   (650) 697-0577

7  *Attorneys for Plaintiff*

8  Lisa I Carteen, (204764)
   lcarteen@bakerlaw.com
9  BAKER & HOSTETLER LLP
   12100 Wilshire Blvd., 15th Floor
10 Los Angeles, CA 90025-7120
   Telephone:     (310) 820-8800
11 Facsimile:      (310) 820-8859

12 Bruce O. Baumgartner (0025701) (*Pro Hac Vice*)   Lee. H. Simowitz, (185728) (*Pro Hac Vice*)
   bbaumgartner@bakerlaw.com                         lsimowitz@bakerlaw.com
13 Robin E. Harvey (0014183) (*Pro Hac Vice*)        BAKER & HOSTETLER LLP
   rharvey@bakerlaw.com                              1050 Connecticut Avenue, NW, Suite 1100
14 BAKER & HOSTETLER LLP                             Washington, DC 20036-5304
   312 Walnut Street, Suite 3200                     Telephone:     (202) 861-1500
15 Cincinnati, OH 45202-4072                         Facsimile:      (202) 861-1783
   Telephone:     (513) 929-3400
16 Facsimile:      (513) 929-0303

17 *Attorneys for Defendants*

18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

20 NUTS FOR CANDY,                  )   Case No. CV 08-2873 JSW
                                    )
21          Plaintiff,              )   **STIPULATION AND [PROPOSED] ORDER**
                                    )   **SELECTING ADR PROCESS**
22     v.                           )
                                    )
23 GANZ, INC. et al.,               )
                                    )
24          Defendants.             )
                                    )

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE
& McCARTHY

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**CV 08-2873 JSW**

1  The parties stipulate to the following ADR process:

2  **Private Process:**

3  The parties have met and conferred and agreed to private mediation but not a provider.

4

5  Dated: September 5, 2008                By:    /s/ Steven N. Williams
                                                   STEVEN N. WILLIAMS
6                                                  (swilliams@cpmlegal.com) (CA # 175489))
                                                   COTCHETT, PITRE & McCARTHY
7                                                  840 Malcolm Road, Suite 200
                                                   Burlingame, CA 94010
                                                   Telephone: (650) 697-6000
8                                                  *Attorneys for Plaintiff*

9

10 Dated: September 5, 2008                By:    /s/ (with permission)
                                                   LISA I. CARTEEN
11                                                 (lcarteen@bakerlaw.com) (CA # 204764)
                                                   Baker & Hostetler LLP
12                                                 12100 Wilshire Blvd., 15th Floor
                                                   Los Angeles, CA 90025-7120
                                                   Telephone: (310) 820-8800
13                                                 Attorneys for Defendants GANZ, INC. and
                                                   GANZ U.S.A., LLC
14

15

16    IT IS SO ORDERED .

17    Dated: _____              _____
                                            JEFFREY S. WHITE
18                                          UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE
& MCCARTHY

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**CV 08-2873 JSW**                                                                              1