1  LISA I. CARTEEN, Bar No. 204764
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
3  Telephone:   310.820.8800
   Facsimile:   310.820.8859
4  Email:       lcarteen@bakerlaw.com

5  BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
   ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
6  BAKER & HOSTETLER LLP
   312 Walnut Street, Suite 3200
7  Cincinnati, Ohio 45202-4072
   Telephone:   513.929.3400
8  Facsimile:   513.929.0303
   Email:       bbaumgartner@bakerlaw.com
9               rharvey@bakerlaw.com

10 LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
   BAKER & HOSTETLER LLP
11 1050 Connecticut Avenue, NW, Suite 1100
   Washington, DC 20036-5304
12 Telephone:   202.861.1500
   Facsimile:   202.861.1783
13 Email:       lsimowitz@bakerlaw.com

14 Attorneys for Defendants
   GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>Defendants. | Case No. CV 08-2873 JSW<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Date:   September 12, 2008<br>Time:   1:30 p.m.<br>Ctrm:   Courtroom 2, 17th Floor<br>Judge:  Hon. Jeffrey S. White |

Defendants Ganz, Inc. and Ganz U.S.A., LLC respectfully request that, in addition to appearing in person through lead counsel Bruce O. Baumgartner and Robin E. Harvey at the September 12, 2008 case management conference, that Lisa I. Carteen be permitted to participate in the conference by telephone.

Dated:   September 5, 2008

BAKER & HOSTETLER LLP
LISA I. CARTEEN

BAKER & HOSTETLER LLP
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY

BAKER & HOSTETLER LLP
LEE H. SIMOWITZ

/s/ Lisa I. Carteen
Lisa I. Carteen

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

IT IS SO ORDERED.

Dated: _____    _____

Jeffrey S. White
United States District Judge

502035088.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2008, a true and accurate copy of **DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following: Joseph W. Cotchett, jcotchett@cpmlegal.com; Matthew Kendall Edling, medling@cpmlegal.com, lclark@cpmlegal.com; Nancy L. Fineman, nfineman@cpmlegal.com, jlein@cpmlegal.com; Steven Noel Williams, swilliams@cpmlegal.com, aliang@cpmlegal.com, bdoe@cpmlegal.com, cwalker@cpmlegal.com, jverducci@cpmlegal.com, mcompesi@cpmlegal.com, nswartzberg@cpmlegal.com; rjit@cpmlegal.com; sgross@cpmlegal.com.

Dated: September 5, 2008         BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

1 | LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
2 | 12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
3 | Telephone: 310.820.8800
Facsimile: 310.820.8859
4 | Email: lcarteen@bakerlaw.com

5 | BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
6 | BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
7 | Cincinnati, Ohio 45202-4072
Telephone: 513.929.3400
8 | Facsimile: 513.929.0303
Email: bbaumgartner@bakerlaw.com
9 | rharvey@bakerlaw.com

10 | LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
11 | 1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
12 | Telephone: 202.861.1500
Facsimile: 202.861.1783
13 | Email: lsimowitz@bakerlaw.com

14 | Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>Defendants. | Case No. CV 08-2873 JSW<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Date: September 12, 2008<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

1   Defendants Ganz, Inc. and Ganz U.S.A., LLC respectfully request that, in addition to
2   appearing in person through lead counsel Bruce O. Baumgartner and Robin E. Harvey at the
3   September 12, 2008 case management conference, that Lisa I. Carteen be permitted to participate
4   in the conference by telephone.

5   Dated:   September 5, 2008

BAKER & HOSTETLER LLP
LISA I. CARTEEN

BAKER & HOSTETLER LLP
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY

BAKER & HOSTETLER LLP
LEE H. SIMOWITZ

/s/ Lisa I. Carteen
_____
Lisa I. Carteen

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

## **ORDER**

IT IS SO ORDERED.

Dated: _____     _____
                                  Jeffrey S. White
                                  United States District Judge

502035088.1

CV 08-2873 JSW     - 2 -     DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2008, a true and accurate copy of **DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** was electronically filed with the Court to be served by operation of the Court's electronic filing system, upon the following: Joseph W. Cotchett, jcotchett@cpmlegal.com; Matthew Kendall Edling, medling@cpmlegal.com, lclark@cpmlegal.com; Nancy L. Fineman, nfineman@cpmlegal.com, jlein@cpmlegal.com; Steven Noel Williams, swilliams@cpmlegal.com, aliang@cpmlegal.com, bdoe@cpmlegal.com, cwalker@cpmlegal.com, jverducci@cpmlegal.com, mcompesi@cpmlegal.com, nswartzberg@cpmlegal.com; rjit@cpmlegal.com; sgross@cpmlegal.com.

Dated: September 5, 2008        BAKER & HOSTETLER LLP

/s/ Lisa I. Carteen
Lisa I. Carteen
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC