LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: lcarteen@bakerlaw.com

BRUCE O. BAUMGARTNER, Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY, Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone: 513.929.3400
Facsimile: 513.929.0303
Email: bbaumgartner@bakerlaw.com
       rharvey@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
Email: lsimowitz@bakerlaw.com

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTS FOR CANDY, a Sole Proprietorship, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANZ, INC. and GANZ U.S.A., LLC,<br><br>Defendants. | Case No. CV 08-2873 JSW<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>**Date:** September 12, 2008<br>**Time:** 1:30 p.m.<br>**Ctrm:** Courtroom 2, 17th Floor<br>**Judge:** Hon. Jeffrey S. White |

CV 08-2873 JSW

DEFENDANTS' REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER THEREON

1  Defendants Ganz, Inc. and Ganz U.S.A., LLC respectfully request that, in addition to
2  appearing in person through lead counsel Bruce O. Baumgartner and Robin E. Harvey at the
3  September 12, 2008 case management conference, that Lisa I. Carteen be permitted to participate
4  in the conference by telephone.

Dated: September 5, 2008

BAKER & HOSTETLER LLP
LISA I. CARTEEN

BAKER & HOSTETLER LLP
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY

BAKER & HOSTETLER LLP
LEE H. SIMOWITZ

/s/ Lisa I. Carteen
Lisa I. Carteen

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

IT IS SO ORDERED.

Dated: September 8, 2008

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

502035088.1

CV 08-2873 JSW

- 2 -

DEFENDANTS' REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER THEREON