# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: WEBKINZ ANTITRUST LITIGATION,

_____

CORTES COUNTRY STORES, INC, d/b/a FREETOWN TRADING POST, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GANZ, INC.. and GANZ USA, LLC.

    Defendants.

Case No.: M:08-cv-01987-JSW

**STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS**

Plaintiff Cortes Country Stores, Inc. d/b/a Freetown Trading Post and Defendants Ganz, Inc. and Ganz U.S.A., LLC stipulate to the following ADR process:

**Private Process.**

The above-referenced parties have met and conferred and agree to private mediation but have not determined the provider.

Dated: February 25, 2009

By: */s/* (with permission)
ANDREW J. GARCIA (*pro hac vice*)
agarcia@phillipsgarcia.com
Phillips & Garcia, P.C.
13 Ventura Drive
Dartmouth, MA 02747
Telephone: (508) 998-0800
*Attorney for Plaintiff Cortes Country Stores, Inc.*

By: */s/* (with permission)
LISA I. CARTEEN
(lcarteen@bakerlaw.com) (CA#204764)
BAKER & HOSTETLER, LLP
12100 Wilshire Blvd., 15th Flr.
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800
*Attorney for GANZ, INC., and GANZ USA, LLC*

1
2  IT IS SO ORDERED:
3  Dated: __February 26, 2009__          _____
                                          JEFFREY S. WHITE
4                                         UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
   502287085
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS
Case No: M:08-cv-01987- JSW