STEVEN N. WILLIAMS  (#175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (#250940)
medling@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     (650) 697-6000
Facsimile:      (650) 697-0577

*Interim Lead Counsel for Plaintiffs*

BRUCE O. BAUMGARTNER (#0025701)
(*Pro Hac Vice*)
bbaumgartner@bakerlaw.com
ROBIN E. HARVEY (#0014183)
(*Pro Hac Vice*)
rharvey@bakerlaw.com
**BAKER & HOSTETLER LLP**
312 Walnut St., Suite 3200
Cincinnati OH 45202-4072
Telephone:     (513) 929-3400
Facsimile:      (513) 929-0303

LISA I. CARTEEN (#204764)
lcarteen@bakerlaw.com
**BAKER & HOSTETLER LLP**
12100 Wilshire Blvd., 15th Floor
Los Angeles CA 90025-7120
Telephone:     (310) 820-8800
Facsimile:      (310) 820-8859

LEE H. SIMOWITZ (#185728)
(*Pro Hac Vice*)
lsimowitz@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW, Ste. 1100
Washington, D.C. 20036-5304
Telephone:     (202) 861-1500
Facsimile:      (202) 861-1783

*Attorneys for Defendants* GANZ, INC. and GANZ U.S.A., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: WEBKINZ ANTITRUST LITIGATION** | Case No. M:08-CV-01987 JSW (WDB) MDL No. 1987 **AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COUNT I OF THE CONSOLIDATED COMPLAINT AND MOTION TO DROP CLAIMS AND PARTIES PURSUANT TO FEDERAL RULE 21** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COUNT I OF THE CONSOLIDATED COMPLAINT AND MOTION TO DROP CLAIMS AND PARTIES PURSUANT TO FEDERAL RULE 21**

1    The Court's April 28, 2009 Order requires that any opposition to Defendants Ganz, Inc.'s and Ganz U.S.A. LLC's Motion to Dismiss Count One of the Consolidated Complaint ("Motion to Dismiss") be filed no later than May 12, 2009 and a reply brief to be filed no later than May 19, 2009.  (Doc. No. 44).  This Order did not set a briefing schedule for Defendants' Motion In Response to Consolidated Complaint To Drop Claims and Parties Pursuant to Federal Rule 21, which Defendants filed with their Motion to Dismiss in response to the Consolidated Complaint (Doc. No. 43).

WHEREAS, on March 9, 2009, this Court previously ordered that Defendants' file any response to the Consolidated Complaint no later than forty-five days from the date of Plaintiffs' Consolidated Complaint (Doc. No. 30).

WHEREAS, on April 27, 2009, Defendants timely filed the following two motions in response to Plaintiffs' Consolidated Complaint:  (1) Motion to Dismiss Count One of Plaintiffs' Consolidated Complaint; and (2) Motion In Response to Consolidated Complaint To Drop Claims and Parties Pursuant to Federal Rule 21 (collectively, "Defendants' Motions").  (Doc. Nos. 42 and 43, respectively).  The hearing on Defendants' Motions is currently set for June 12, 2009.

WHEREAS, this Court's March 9, 2009 Scheduling Order stated that Plaintiffs' Opposition to Defendants' response to the Amended Complaint be filed "no later than <u>thirty days</u> after Defendants' motion(s) is filed" (May 27, 2009).  The Order further provided that any Reply papers be filed "no later than <u>fifteen days</u> after the filing of Plaintiffs' Opposition" (June 11, 2009).  (Doc. No. 30).

WHEREAS, the issues raised by Defendants' Motions are complex and the time frames established in the Court's original scheduling order will facilitate thorough briefing of the issues presented by Defendants' Motions.

WHEREAS, the parties agree that the hearing on Defendants' Motion should be postponed to July 17, 2009.  This short continuance would allow the parties to thoroughly brief the issues presented by Defendants' Motions and give the Court the equivalent time under the current briefing schedule to consider the parties' papers.

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COUNT I OF THE CONSOLIDATED COMPLAINT AND MOTION TO DROP CLAIMS AND PARTIES PURSUANT TO FEDERAL RULE 21**                                                                    1

1  IT IS THEREFORE STIPULATED, CONSENTED TO AND AGREED that Plaintiffs' Opposition to Defendants' Motion to Dismiss Count One of Plaintiffs' Consolidated Complaint shall be filed no later than May 27, 2009.  Plaintiffs' Opposition to Defendants' Motion In Response to Consolidated Complaint To Drop Claims and Parties Pursuant to Federal Rule 21 shall be filed no later than May 27, 2009.  Defendants' Reply Briefs shall be filed no later than June 11, 2009.  The hearing on Defendants' Motions is continued to ~~July 17, 2009~~.
**August 7, 2009 at 9:00 a.m.**

Dated: April 29, 2009       **COTCHETT, PITRE & McCARTHY**
                            MATTHEW K. EDLING

                            /s/ Matthew K. Edling
                            Matthew K. Edling
                            *Attorneys for Plaintiffs*

Dated: April 29, 2009       **BAKER & HOSTETLER LLP**
                            LISA I. CARTEEN
                            BRUCE O. BAUMGARTNER
                            ROBIN E. HARVEY
                            LEE H. SIMOWITZ

                            /s/ Lisa I. Carteen  (with permission)
                            Lisa I. Carteen
                            *Attorneys for Defendants*
                            GANZ, INC. and GANZ U.S.A., LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 30, 2009__                    /s/ Jeffrey S. White
                                             JEFFREY S. WHITE
                                             UNITED STATES DISTRICT COURT JUDGE

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COUNT I OF THE CONSOLIDATED COMPLAINT AND MOTION TO DROP CLAIMS AND PARTIES PURSUANT TO FEDERAL RULE 21**                    2