IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WEBKINZ ANTITRUST LITigATION | No. M 08-01987 JSW |
| | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| _____ / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the pending motion to dismiss which has been noticed for hearing on Friday, February 5, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: February 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE