STEVEN N. WILLIAMS (CA #175489)
swilliams@cpmlegal.com
MATTHEW K. EDLING (CA #250940)
medling@cpmlegal.com
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

Interim Lead Counsel for Plaintiffs

LISA I. CARTEEN, Bar No. 204764
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       lcarteen@bakerlaw.com

LEE H. SIMOWITZ, Bar No. 185728
(*Pro Hac Vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone:   202.861.1500
Facsimile:   202.861.1783
Email:       lsimowitz@bakerlaw.com

BRUCE O. BAUMGARTNER,
Bar No. 0025701 (*Pro Hac Vice*)
ROBIN E. HARVEY,
Bar No. 0014183 (*Pro Hac Vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4072
Telephone:   513.929.3400
Facsimile:   513.929.0303
Email:       bbaumgartner@bakerlaw.com
             rharvey@bakerlaw.com

Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: WEBKINZ ANTITRUST LITIGATION.**<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS. | Case No. M:08-CV-01987 JSW (WDB)<br>MDL NO. 1987<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:    March 5, 2010<br>Time:    1:30 p.m.<br>Judge:   Hon. Jeffrey S. White<br>Ctrm:    Courtroom 11, 19th Floor |

1    Pursuant to Local Rule 6-2, Plaintiffs and Defendants Ganz, Inc. and Ganz U.S.A. LLC
2  ("Ganz") stipulate and hereby move the Court for an order:  (1) postponing the case management
3  conference ("CMC") currently scheduled for March 5, 2010 to April 16, 2010; and (2)
4  postponing the deadline for the parties' joint case management statement from February 26, 2010
5  to April 9, 2010.
6    WHEREAS, on January 8, 2010, the Court set a CMC previously scheduled for February
7  12, 2010 for March 5, 2010.  [Doc. No. 88.]  The Clerk's Notice further stated that the parties'
8  joint case management statement must be filed no later than February 26, 2010.  Subsequent to
9  the issuance of this Notice, on February 17, 2010, the Court issued an order granting Ganz's
10 Motion to Dismiss Counts I, II, V (in part), and VII of Plaintiffs' Consolidated Complaint with
11 leave to amend ("Order").  [Doc. No. 90.]  The Court's Order requires that Plaintiffs shall file an
12 amended consolidated complaint, if any, by March 12, 2010, and that Defendants shall have 20
13 days thereafter to file their responsive pleading.  [*Id.*, p. 14.]
14   WHEREAS, Plaintiffs may file an amended consolidated complaint on or before March
15 12, 2010;
16   WHEREAS, if Plaintiffs file an amended complaint Defendants will file a responsive
17 pleading to Plaintiffs' amended consolidated complaint on or before April 1, 2010, depending on
18 when Plaintiffs' amended consolidated complaint is filed;
19
20   WHEREAS, the parties agree that it would be premature to conduct the CMC currently
21 scheduled for March 5, 2010 in light of the pending issues concerning the status of Plaintiffs'
22 amended consolidated complaint;
23   WHEREAS, the parties agree that the CMC should be postponed until after the parties'
24 briefing, if any, on Plaintiffs' amended complaint is resolved, and request that the CMC be
25 continued to April 16, 2010.  This brief continuance would allow the parties to thoroughly brief
26 the issues presented by Plaintiffs' anticipated amended consolidated complaint, and provide the
27 Court with time to consider the parties' pleadings in advance of the CMC.
28

IT IS THEREFORE STIPULATED, CONSENTED TO AND AGREED that the Court will conduct the CMC previously noticed for March 5, 2010 on ~~April 16, 2010 at 1:30 p.m.~~ May 14, 2010 at 1:30 p.m. Accordingly, the parties' joint case management statement shall be due on or before ~~April 9,~~ May 7 2010.

Dated: February 25, 2010

COTCHETT, PITRE & McCARTHY
MATTHEW K. EDLING

/s/ Matthew K. Edling
Matthew K. Edling
Attorneys for Plaintiffs

Dated: February 25, 2010

BAKER & HOSTETLER LLP
LISA I. CARTEEN
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY
LEE H. SIMOWITZ

/s/ Lisa I. Carteen (with permission)
Lisa I. Carteen
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

502724952

M:08-CV-01987 JSW (WDB)

STIPULATION AND (PROPOSED) ORDER
CONTINUING CASE MANAGEMENT CONFERENCE