1  STEVEN N. WILLIAMS (CA #175489)
   swilliams@cpmlegal.com
2  MATTHEW K. EDLING (CA #250940)
   medling@cpmlegal.com
3  COTCHETT, PITRE & McCARTHY
4  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
5  Burlingame, California 94010
   Telephone: (650) 697-6000
6  Fax: (650) 697-0577

7  Interim Lead Counsel for Plaintiffs

8  LISA I. CARTEEN, Bar No. 204764           BRUCE O. BAUMGARTNER,
   BAKER & HOSTETLER LLP                     Bar No. 0025701 (*Pro Hac Vice*)
9  12100 Wilshire Boulevard, 15th Floor      ROBIN E. HARVEY,
   Los Angeles, California 90025-7120        Bar No. 0014183 (*Pro Hac Vice*)
10 Telephone:   310.820.8800                 BAKER & HOSTETLER LLP
   Facsimile:   310.820.8859                 312 Walnut Street, Suite 3200
11 Email:       lcarteen@bakerlaw.com        Cincinnati, Ohio 45202-4072
                                             Telephone:   513.929.3400
12 LEE H. SIMOWITZ, Bar No. 185728           Facsimile:   513.929.0303
   (*Pro Hac Vice*)                          Email:       bbaumgartner@bakerlaw.com
13 BAKER & HOSTETLER LLP                                  rharvey@bakerlaw.com
   1050 Connecticut Avenue, NW, Suite 1100
14 Washington, DC 20036-5304
   Telephone:   202.861.1500
15 Facsimile:   202.861.1783
   Email:       lsimowitz@bakerlaw.com
16
17 Attorneys for Defendants
   GANZ, INC. and GANZ U.S.A., LLC

18

19                     **UNITED STATES DISTRICT COURT**

20                     **NORTHERN DISTRICT OF CALIFORNIA**

21  | **IN RE: WEBKINZ ANTITRUST** | Case No. M:08-CV-01987 JSW (WDB) |
22  | **LITIGATION.**               | MDL NO. 1987                     |

23                                    **STIPULATION AND (PROPOSED)**
                                      **ORDER CONTINUING DATE FOR**
24  THIS DOCUMENT RELATES TO ALL      **FILING AMENDED COMPLAINT**
    ACTIONS.
25

26

27

28

1  Pursuant to Local Rule 6-2, Plaintiffs and Defendants Ganz, Inc. and Ganz U.S.A. LLC
2  ("Ganz") stipulate and hereby move the Court for an order continuing the date by which
3  plaintiffs may file an amended complaint in response to the Court's order granting Ganz's
4  Motion to Dismiss Counts I, II, V (in part) and VII of Plaintiffs' Consolidated Complaint [Doc.
5  No. 90] from March 12, 2010 to March 26, 2010.

6  WHEREAS, on February 17, 2010, the Court issued an order granting Ganz's Motion to
7  Dismiss Counts I, II, V (in part), and VII of Plaintiffs' Consolidated Complaint with leave to
8  amend ("Order"). [Doc. No. 90.]  The Court's Order requires that Plaintiffs shall file an
9  amended consolidated complaint, if any, by March 12, 2010, and that Defendants shall have 20
10 days thereafter to file their responsive pleading.  [*Id.*, p. 14.]

11 WHEREAS, Plaintiffs intend to file an amended consolidated complaint pursuant to the
12 Order, but seek a short extension from March 12, 2010 to March 26, 2010;

13 WHEREAS, Defendants do not object to Plaintiffs' request for a continuance of the date
14 by which the amended consolidated complaint must be filed and shall file a responsive pleading
15 within twenty (20) days after the amended consolidated complaint is filed and served;

IT IS THEREFORE STIPULATED, CONSENTED TO AND AGREED that the amended consolidated complaint contemplated in the Order may be filed and served no later than March 26, 2010, with Defendants' response to be filed and served within twenty (20) days after the amended consolidated complaint is filed and served.

Dated: March 9, 2010

COTCHETT, PITRE & McCARTHY
STEVEN N. WILLIAMS

/s/ Steven N. Williams
Steven N. Williams
Attorneys for Plaintiffs

Dated: March 9, 2010

BAKER & HOSTETLER LLP
LISA I. CARTEEN
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY
LEE H. SIMOWITZ

/s/ Lisa I. Carteen (with permission)
Lisa I. Carteen
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

502724952

M:08-CV-01987 JSW (WDB)

STIPULATION AND (PROPOSED) ORDER CONTINUING DATE FOR FILING AMENDED COMPLAINT