*E-Filed 4/21/10*

1 | STEVEN N. WILLIAMS (CA #175489)
swilliams@cpmlegal.com
2 | MATTHEW K. EDLING (CA #250940)
medling@cpmlegal.com
3 | COTCHETT, PITRE & McCARTHY
4 | San Francisco Airport Office Center
840 Malcolm Road, Suite 200
5 | Burlingame, California 94010
Telephone: (650) 697-6000
6 | Fax: (650) 697-0577

7 | Interim Lead Counsel for Plaintiffs

8 | LISA I. CARTEEN, Bar No. 204764        BRUCE O. BAUMGARTNER,
BAKER & HOSTETLER LLP                   Bar No. 0025701 (*Pro Hac Vice*)
9 | 12100 Wilshire Boulevard, 15th Floor    ROBIN E. HARVEY,
Los Angeles, California 90025-7120      Bar No. 0014183 (*Pro Hac Vice*)
10 | Telephone:    310.820.8800              BAKER & HOSTETLER LLP
Facsimile:    310.820.8859              312 Walnut Street, Suite 3200
11 | Email:        lcarteen@bakerlaw.com      Cincinnati, Ohio 45202-4072
Telephone:    513.929.3400
12 | LEE H. SIMOWITZ, Bar No. 185728         Facsimile:    513.929.0303
(*Pro Hac Vice*)                        Email:        bbaumgartner@bakerlaw.com
13 | BAKER & HOSTETLER LLP                                  rharvey@bakerlaw.com
1050 Connecticut Avenue, NW, Suite 1100
14 | Washington, DC 20036-5304
Telephone:    202.861.1500
15 | Facsimile:    202.861.1783
Email:        lsimowitz@bakerlaw.com
16

17 | Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

18

19 | **UNITED STATES DISTRICT COURT**

20 | **NORTHERN DISTRICT OF CALIFORNIA**

21 | **IN RE: WEBKINZ ANTITRUST**          Case No. M:08-CV-01987 RS (WDB)
**LITIGATION.**                         MDL NO. 1987
22

23 | _____    **STIPULATION AND (PROPOSED)**
**ORDER CONTINUING CASE**
24 | THIS DOCUMENT RELATES TO ALL            **MANAGEMENT CONFERENCE AND**
ACTIONS.                                **SETTING BRIEFING SCHEDULE**

25 | Date:    June 24, 2010
Time:    10:00 a.m.
26 | Judge:   Hon. Richard Seeborg
Ctrm:    Courtroom 3, 17th Floor
27

28

1  Pursuant to Local Rule 6-2, Plaintiffs and Defendants Ganz, Inc. and Ganz U.S.A. LLC ("Ganz") stipulate and hereby move the Court for an order: (1) continuing the case management conference ("CMC") currently scheduled for May 27, 2010 to June 24, 2010; and (2) continuing the deadline for the parties' joint case management statement from May 20, 2010 to June 17, 2010.

WHEREAS, on April 7, 2010, the Court set a CMC for May 27, 2010. [Doc. No. 98.] The Clerk's Notice further stated that the parties' joint case management statement must be filed no later than May 20, 2010.

WHEREAS, interim lead counsel for the plaintiffs, Steven N. Williams and Matthew K. Edling, are scheduled to begin trial beginning May 11, 2010 before the Honorable Valerie Baker Fairbank, in the United States District Court for the Central District of California, in the case *2KDirect, LLC v. Azoogleads US, Inc., et al*., case number 08-cv-3340-VBF(JWJx).

WHEREAS the trial is anticipated to be a four week jury trial, interim lead counsel for the plaintiffs will not be available to attend the CMC currently scheduled for May 27, 2010.

WHEREAS interim lead counsel for the plaintiffs has conferred with defendants, and they do not object to having the May 27, 2010 CMC be deferred to June 24, 2010 (not all necessary counsel can be available prior to this date).

WHEREAS the parties have also met and conferred in regards to a briefing schedule for the Consolidated Amended Class Action Complaint.

IT IS THEREFORE STIPULATED, CONSENTED TO AND AGREED that the Court will conduct the CMC previously scheduled for May 27, 2010 on June 24, 2010 at 10:00 a.m. Accordingly, the parties' joint case management statement shall be due on or before June 17, 2010.

Plaintiffs shall file a Second Consolidated Amended Class Action Complaint on April 30, 2010.

M:08-CV-01987 RS (WDB)

STIPULATION AND (PROPOSED) ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
AND SETTING BRIEFING SCHEDULE

Defendants shall answer the Second Consolidated Amended Complaint or file a motion in response to the Second Consolidated Amended Class Action Complaint on May 28, 2010.

Plaintiffs shall file an opposition to defendants' motion in response to the Second Consolidated Amended Class Action Complaint on June 25, 2010.

Defendants shall file a reply in support of their motion in response to the Second Consolidated Amended Class Action Complaint on July 9, 2010.

A hearing on any motions in response to the Second Consolidated Amended Class Action Complaint shall be heard on July 22, 2010, in the United States District Court, Northern District of California, San Francisco, Courtroom 3, 17th Floor at 1:30 p.m.

Dated:  April 21, 2010

COTCHETT, PITRE & McCARTHY
MATTHEW K. EDLING

/s/ Matthew K. Edling
Matthew K. Edling
Attorneys for Plaintiffs

Dated:  April 21, 2010

BAKER & HOSTETLER LLP
LISA I. CARTEEN
BRUCE O. BAUMGARTNER
ROBIN E. HARVEY
LEE H. SIMOWITZ

/s/ Bruce O. Baumgartner (with permission)
Bruce O. Baumgartner
Attorneys for Defendants
GANZ, INC. and GANZ U.S.A., LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/21/10

RICHARD SEEBORG
UNITED STATES DISTRICT COURT  JUDGE

M:08-CV-01987 RS (WDB)

STIPULATION AND (PROPOSED) ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
AND SETTING BRIEFING SCHEDULE